IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DWAYNE COMEGER and JOYCE COMEGER                     PLAINTIFFS

v.                                          CAUSE NO. 1:16CV13-LG-RHW

WELLS FARGO BANK, N.A., MORRIS
& ASSOCIATES, and EMILY KAYE COURTEAU                DEFENDANTS

## DEFAULT JUDGMENT

In accordance with the Order Granting Motion for Default Judgment entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Counter Claimant, Wells Fargo Bank, N.A., against the Counter Defendant, Dwayne Comeger, pursuant to Fed. R. Civ. P. 55(b)(1).

**IT IS FURTHER ORDERED AND ADJUDGED** that Wells Fargo Bank, N.A., shall recover from Dwayne Comeger the amount of $8264.60, plus post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 24th day of May 2016.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge